IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERESA MCDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.2:08cv547-SRW |
| ) | |
| JTM CORPORATION d/b/a PIGGLY ) | |
| WIGGLY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to the joint stipulation of dismissal filed by the parties on April 30, 2010, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear their own costs.

Done, this 7th day of May, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE